No. 11–771. DORSEY v. GOVERNMENT OF THE DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11–772. GREENBERG TRAURIG, L. L. P., ET AL. v. CONWILL. C. A. 5th Cir. Certiorari denied.

No. 11–774. GYAMFI v. WELLS FARGO-WACHOVIA BANK ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–776. KASTNER v. CHET'S SHOES, INC. C. A. Fed. Cir. Certiorari denied.

No. 11–778. GILLIS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–779. FIRISHCHAK v. HOLDER, ATTORNEY GENERAL. C. A. 7th Cir. Certiorari denied.

No. 11–785. ALLEN v. WARREN, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–790. KIRBY v. KING, ATTORNEY GENERAL OF NEW MEXICO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–792. LOTHIAN CASSIDY, L. L. C., ET AL. v. LOTHIAN OIL INC. ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–794. HAWTHORNE-BURDINE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 11–795. TOMLINSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL. v. EL PASO CORP. ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–802. SIZEMORE v. OHIO VETERINARY MEDICAL LICENSING BOARD ET AL. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 11–803. VANCOOK v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.